UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRANT MOLLA,
on behalf of the Gerdau Ameristeel
US 401(k) Retirement Plan, himself,
and all others similarly situated,

    Plaintiff,                                CASE NO. 8:22-cv-02094-VMC

v.

GERDAU AMERISTEEL US, INC.,

    Defendant.
_____/

**JOINT NOTICE REGARDING MEDIATION**

Pursuant to the Court's Order of January 25, 2025 [Dkt. 83] the Parties have agreed to mediate this matter as scheduled. The Mediation Conference will be held in person on Tuesday February 4, 2025, at 9:30 AM, with Mediator Jack L. Townsend, Esq., at the offices of Hill Ward Henderson, 101 East Kennedy Boulevard, Suite 3700, Tampa, FL 33602.

Dated: January 30, 2025.


*/s/Marc R. Edelman*
**Marc R. Edelman, Esq.**
Florida Bar No.: 96342
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
T: 813-577-4622
Medelman@forthepeople.com

*/s/ Brett J. Preston*
**Brett J. Preston, Esq.**
Florida Bar No. 603716
Fred C. Marshall, Esq.
Florida Bar No.: 119284
Hill Ward & Henderson, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602

| | |
|---|---|
| BRANDON J. HILL | T: 813-221-3900 |
| Florida Bar Number: 37061 | brett.preston@hwhlaw.com |
| LUIS A. CABASSA | kip.marshall@hwhlaw.com |
| Florida Bar Number: 0053643 | michelle.armstrong@hwhlaw.com |
| AMANDA E. HEYSTEK | val.taylor@hwhlaw.com |
| Florida Bar Number: 0285020 | *Attorneys for Defendants* |
| WENZEL FENTON CABASSA, P.A. | |
| 1110 North Florida Ave., Suite 300 | |
| Tampa, Florida 33602 | |
| Direct: 813-337-7992 | |
| Main: 813-224-0431 | |
| bhill@wfclaw.com | |
| lcabassa@wfclaw.com | |
| aheystek@wfclaw.com | |
| *Attorneys for Plaintiffs and the Proposed Class* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 30th day of January 2025, I electronically filed a true and correct copy of the forgoing with the Clerk of the Court via the CM/ECF filing system which will send a notice of electronic filing to all counsel of record.

/s/Marc R. Edelman
Marc R. Edelman, Esq.