UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRANT MOLLA,
on behalf of the Gerdau Ameristeel US 401(k) Retirement
Plan, himself, and all others similarly situated,
Plaintiff,

v.                                          Case No. 8:22-cv-2094-VMC-SPF

GERDAU AMERISTEEL US, INC.,

Defendant.
_____/

**MEDIATION REPORT**

Pursuant to the Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 2-4-2025, at the mediation conference:

( xx ) Plaintiff/Counsel Appeared                ( ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared                ( ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:
Marc Edelman, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Brandon Hill, Esq.
Luis Cabassa, Esq.
Wenzel, Fenton, Cabassa, P.A.
1110 Florida Ave., #300
Tampa, Fl 33602

DEFENDANT'S ATTORNEY/FIRM:
Brett Preston, Esq.,
Hill Ward Henderson
101 E Kennedy Blvd. Suite 3700
Tampa, FL  33602

**RESULTS**:
( xx )   Full Settlement Agreement,
         subject to approvals

  /s/ Jack L Townsend, Sr.
Jack L. Townsend, Sr., Mediator
Law Office of Jack L. Townsend, Sr., P.A.
P.O. Box 291339, Tampa, FL 33687