# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GRANT MOLLA,
on behalf of the Gerdau Ameristeel
US 401(k) Retirement Plan, himself,
and all others similarly situated,

    Plaintiff,

v.

GERDAU AMERISTEEL US, INC.,

    Defendant.
_____/

Case No. 8:22-cv-02094-VMC-SPF

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiffs' Counsel's written submission, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion for Attorneys' Fees and Costs is **GRANTED**. Plaintiff's Counsel is awarded a fee consisting of one-third of the gross common fund, which totals $500,000.00, and an additional $3,780.00 in litigation costs, for a total fee and cost award of $503,780.00.

**DONE** and **ORDERED** in Chambers in Tampa, Florida this 8th day of July, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE